**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-2415

MAURICE JENKINS,

Plaintiff - Appellant,

v.

MID ATLANTIC DETAILING, now known as National Automotive Charging Systems, Incorporated,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:16-cv-00188-REP)

Submitted:  April 28, 2017                         Decided:  May 12, 2017

Before WYNN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Maurice Jenkins, Appellant Pro Se.  Mary Elizabeth Davis, Elizabeth Scott Turner, SPOTTS FAIN, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Jenkins appeals the district court's order granting summary judgment and dismissing his complaint, which raised state and federal claims regarding wrongful termination, employment discrimination, and related allegations. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Jenkins' informal brief discusses only the merits of his state law claims, over which the district court declined to exercise supplemental jurisdiction, he does not challenge the basis for the district court's disposition. Thus, Jenkins has forfeited appellate review of the district court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*